**Werner Brothers Express & Storage Company and National Life Insurance Company of U. S. A., Appellants, v. James Donovan and Clara H. Woodward, Appellees.**

**Gen. No. 22,032.    (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. CHARLES A. McDONALD, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed May 31, 1917.

### Statement of the Case.

Bill by Werner Brothers Express & Storage Company, complainant, against James Donovan and Clara H. Woodward, defendants, and cross-bills by National Life Insurance Company of U. S. A. and by Clara H. Woodward to establish prior liens on certain personalty. From a decree dismissing the Storage Company's original bill and the Insurance Company's cross-bill and granting the prayer of defendant Woodward's cross-bill, the former two appeal.

LEWIS A. STEBBINS and ELMER D. BROTHERS, for appellants.

JAMES DONOVAN, *pro se* and CASSIUS C. CLARK, for appellees.

Robinson & Co. v. Marr, 206 Ill. App. 12.

· MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1725*—*when decision on former appeal is controlling.* On a bill to establish the priority of liens on the proceeds of a foreclosure sale, a landlord's claim to priority *held* to be concluded by an adverse ruling on a former appeal.

2. MORTGAGES—*what are rights of purchaser at foreclosure sale as to removal and storage of furniture of tenant.* Under the facts disclosed, the purchaser of realty sold under foreclosure *held* entitled to remove from the premises the furniture of a tenant of the mortgaged premises, as to which there were conflicting claims between several lienholders, and to cause it to be stored.

3. CHATTEL MORTGAGES, § 153*—*when mortgagee entitled to prior lien over storage company.* Holder of a chattel mortgage on furniture of a tenant of mortgaged premises, *held* to have a prior lien to a storage company with which the furniture had been stored by the purchaser of the real estate on a foreclosure.

---

### Robinson & Company, Appellee, v. Andrew Marr. Appeal of Clay, Robinson & Company, Garnishees, Appellants.

#### · Gen. No. 22,039.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JOHN P. McGOORTY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed May 31, 1917. Rehearing denied June 13, 1917.

### Statement of the Case.

Action of garnishment by Robinson & Company, a corporation, plaintiff, against Andrew Marr, defendant. From a judgment for plaintiff for $2,179.39, against Clay, Robinson & Company, garnishees, the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.